1060

THE STATE OF WASHINGTON, *Respondent*, v. LINDA SUE ALBERTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09088-4, Patricia H. Aitken, J., entered September 8, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH PITTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05264-8, Richard A. Jones, J., entered September 29, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TROY LAMONT NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03278-8, Carol A. Schapira, J., entered October 16, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES M. O'CAIN, ET AL., *Defendants*, CALVIN DEWAYNE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05859-0, Helen Halpert, J., entered September 29, 2000. *Reversed* by unpublished per curiam opinion.